1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   WARNER BROS. RECORDS INC.; SONY BMG
7  MUSIC ENTERTAINMENT; UMG
   RECORDINGS, INC.; ZOMBA RECORDING
8  LLC; and INTERSCOPE RECORDS
9

10                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                           OAKLAND DIVISION
12

13 | WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ZOMBA RECORDING LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership, | CASE NO. 4:07-CV-04838-WDB
14 | | **Honorable Wayne D. Brazil**
15 | |
16 | | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**
17 | |
18 |                    Plaintiffs, |
19 |        v. |
20 | |
21 | JOHN DOE #4, |
22 |                    Defendant. |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 4:07-cv-04838-WDB
#34171 v1

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS RECORDS INC., *et al.*,
2 | by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3 | claim against Defendant John Doe #4, also identified as ID #132164207 with IP address
4 | 129.210.187.181 2007-06-07 21:07:01 EDT, each party to bear its/his own fees and costs.  The Clerk
5 | of Court is respectfully requested to close this case.

6 | Dated:  December 4, 2007                              HOLME ROBERTS & OWEN LLP

By:          */s/ Matthew Franklin Jaksa*
             MATTHEW FRANKLIN JAKSA
             Attorney for Plaintiffs
             WARNER BROS. RECORDS INC.; SONY
             BMG MUSIC ENTERTAINMENT; UMG
             RECORDINGS, INC.; ZOMBA RECORDING
             LLC; and INTERSCOPE RECORDS